IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Barbara Hamilton, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No. 4:11-3419-TLW-KDW |
| Dolgencorp Inc., *et al.*, | ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

## ORDER

Plaintiff Barbara Hamilton ("Plaintiff") brought this civil action pursuant to Title VII of the Civil Rights Act of 1991. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Kaymani D. West to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the case be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. # 26). Objections were due by November 8, 2012. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate

Judge's Report and Recommendation is **ACCEPTED**. (Doc. # 26). This case is dismissed without prejudice for failure of service of process.

    **IT IS SO ORDERED**.


November 16, 2012                                                     __s/Terry L. Wooten_____
Florence, South Carolina                                  United States District Judge